AARON BOGARTZ, an Infant, by JACOB BOGARTZ, His Guardian ad Litem, et al., Respondents, *v.* VINCENT ASTOR, Respondent.

AROY DOLL & TOY MANUFACTURING COMPANY, Appellant: TRAVELERS INSURANCE COMPANY, Respondent.

Submitted January 15, 1945; decided January 16, 1945.

Motion by appellant to amend remittitur denied, with ten dollars costs. [See 293 N. Y. 563, 763.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH NISONOFF and MAX J. WEINSTEIN, Appellants.

Submitted January 15, 1945; decided January 16, 1945.

Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by adding thereto the following: " A question under the constitution of the United States was presented and necessarily passed upon. The appellant contended that the receipt in evidence of the medical examiner's report and the testimony as to the cause of death based thereon violated the due process provision of the Fourteenth Amendment of the Constitution of the United States. This court held to the contrary." [See 293 N. Y. 597.]